ORDER: Motion granted. Detention hearing set for August 7, 2013, at 10:30 a.m.

John Bryant,
USMJ

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Docket: 3:13-CR-00065 |
| AARON SLOANE TARVER | JUDGE SHARP |

## MOTION FOR EXPEDITED DETENTION HEARING

Comes now the Defendant, Aaron Sloane Tarver, by and through undersigned counsel, Jennifer Lynn Thompson, and respectfully moves this Honorable Court for an expedited detention hearing pursuant to 18 U.S.C. § 3142. For cause, Counsel would state as follows:

1. Mr. Tarver had an Initial Appearance and Arraignment on May 29, 2013.

2. At that time, Mr. Tarver waived his detention hearing, but reserved the right to request a detention hearing at a later date.

3. Mr. Tarver has lived in the Nashville area his entire life.

4. Mr. Tarver's mother has lived in the same home in Hendersonville for the past 21 years.