IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3-13-00065 |
| v. | ) | |
| | ) | |
| LOREN ELIZABETH VINETT | ) | |

O R D E R

The defendant's motion for leave to file under seal (Docket Entry No. 90) is GRANTED.

The Clerk is directed to maintain the plaintiff's motion to change place of residence (Docket Entry No. 91) UNDER SEAL.

The defendant's motion to change place of residence (Docket Entry No. 91) is GRANTED. The defendant is granted leave to move to the address indicated in her motion.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge